UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BANYAN STREET RISK MANAGEMENT, LLC

    Plaintiffs,

                                                   Case No. 8:22-cv-2765-KKM-AEP

vs.

ACE AMERICAN INSURANCE COMPANY, ET AL.

    Defendants.

_____.

## NOTICE OF SETTLEMENT

Plaintiff, BANYAN STREET RISK MANAGEMENT, LLC ("Plaintiffs") and Defendants, ACE AMERICAN INSURANCE COMPANY, AXIS SURPLUS INSURANCE CORPORATION, IRONSHORE SPECIALTY INSURANCE COMPANY, Certain Interested Insurers Subscribing to Policy No. B080116150U21 ("LLOYDS 1"), Certain Interested Underwriters at Lloyd's, London Subscribing to Policy No. B080117617U21 ("LLOYDS 2") and TOKIO MARINE AMERICA INSURANCE COMPANY ("Defendants") (collectively "Parties"), by and through undersigned counsel hereby notify the Court that the Parties have reached an amicable settlement of this matter.  The Parties shall perform their respective terms and conditions of the settlement and the Parties request that the Court retain jurisdiction over this matter to enforce settlement if need be.

Respectfully submitted this 2 day of June, 2023

/s/ Adam S. Feldman

Adam S. Feldman, Esq.
Florida Bar No. 16525
Email: afeldman@cernitzlaw.com

Candise L. Shanbron
Florida Bar No. 630470
cshanbron@cernitzlaw.com

CERNITZ LAW
9350 South Dixie Highway, Suite 1220
Miami, Florida 33156
Phone: (305) 370-3255
Fax: (305) 384-7033

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 2, 2023, a copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List.

/s/ Adam S. Feldman
Adam S. Feldman, Esq.
Florida Bar No. 16525

## SERVICE LIST

Vincent P. Beilman, III
Kimberly M. Jones, Esq.
Kelly E. Green, Esq.
Erica E. Pope, Esq.
Jonathan R. Hart, Esq.
Wood, Smith, Henning & Berman LLP
101 E. Kennedy Blvd., Suite 1840
Tampa, FL 33602
Telephone: 470-552-1152
E-mail:  vbeilman@wshblaw.com, kjones@ wshblaw.com, kgreen@wshblaw.com; lswilson@wshblaw.com;epope@eshblaw.com; jhart@wshblaw.com
***Counsel for the Defendants, Argo, Axis, Tokio, UW Group I and UW Group 2***

Irene Thaler, Esq.
Clausen Miller
4830 West Kennedy Blvd., Suite 600
Tampa, FL 33609
Telephone: 813-519-1027
E-mail:  ithaler@clausen.com; rgomez@clausen.com; ylyles@clausen.com
***Counsel for the Defendant, Ace American Insurance Company***

Christine Michelle Renella, Esq.
Bryant S. Green, Esq.
Zelle LLP
110 East Broward Blvd., Suite 2000
Ft. lauderdale, FL 33301
Telephone: 609-682-0719
E-mail:  crenella@zellelaw.com; bgreen@zellelaw.com
***Counsel for the Defendant, Irone Shore Specialty Insurance Company***