UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BANYAN STREET RISK MANAGEMENT, LLC

    Plaintiffs,

                                      Case No. 8:22-cv-2765-KKM-AEP

vs.

ACE AMERICAN INSURANCE COMPANY, ET AL.

    Defendants.

_____.

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed, by and among Plaintiff, BANYAN STREET RISK MANAGEMENT, LLC and Defendants, ACE AMERICAN INSURANCE COMPANY, AXIS SURPLUS INSURANCE CORPORATION, IRONSHORE SPECIALTY INSURANCE COMPANY, Certain Interested Insurers Subscribing to Policy No. B080116150U21 ("LLOYDS 1"), Certain Interested Underwriters at Lloyd's, London Subscribing to Policy No. B080117617U21 ("LLOYDS 2") and TOKIO MARINE AMERICA INSURANCE COMPANY through their undersigned counsel, that Plaintiff's action shall be dismissed with prejudice.

Respectfully submitted on August 1, 2023.

/s/ Adam Feldman
Adam Feldman
Florida Bar No. 16525
afeldman@cernitzlaw.com
**CERNITZ LAW**
9350 South Dixie Highway, Suite 1220
Miami, FL 33156
Telephone: (305) 370-3255
*Counsel for Plaintiff*

/s/ Kelly E. Green
Kelly E. Green
Florida Bar No. 119528
kgreen@wshblaw.com
**Wood, Smith, Henning & Berman LLP**
101 E. Kennedy Blvd., Suite 1840
Tampa, FL 33602
Telephone: 470-552-1152
*Counsel for Defendants, Argo, Axis, Tokio, UW Group I and UW Group 2*

/s/ Irene Thaler
Irene Thaler, Esq.
Florida Bar No. 88288
**Clausen Miller**
4830 West Kennedy Blvd., Suite 600
Tampa, FL 33609
Telephone: 813-519-1027
*Counsel for the Defendant, Ace American Insurance Company*

/s/ Christine Renella
Christine Michelle Renella, Esq.
Florida Bar No. 65485
**Zelle LLP**
110 East Broward Blvd., Suite 2000
Ft. lauderdale, FL 33301
Telephone: 609-682-0719
*Counsel for the Defendant, Irone Shore Specialty Insurance Company*